# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LBF TRAVEL MANAGEMENT CORP. and MICHAEL THOMAS,<br><br>Plaintiffs,<br><br>v.<br><br>THOMAS DEROSA,<br><br>Defendant. | Case No. 20-cv-2404-MMA (AGS)<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND DEADLINE TO ANSWER OR RESPOND TO THIRD-PARTY COMPLAINT**<br><br>[Doc. No. 20] |
| THOMAS DEROSA,<br><br>Counterclaimant,<br><br>v.<br><br>LBF TRAVEL MANAGEMENT CORP.; MICHAEL THOMAS; LBF TRAVEL, INC.; MONDEE HOLDINGS, LLC; MONDEE, INC.; and PRASAD GUNDUMOGULA,<br><br>Counterdefendants. | |

Defendant, Counterclaimant and Third-Party Plaintiff, Thomas DeRosa ("DeRosa"), and Third-Party Defendants Mondee Holdings, LLC; Mondee, Inc.; and Prasad Gundumogula (the "Third-Party Defendants") jointly move for an extension of

time within which the Third-Party Defendants must answer or otherwise respond to DeRosa's Third-Party Complaint.  *See* Doc. No. 20.  Good cause appearing, the Court **GRANTS** the parties' joint motion and **ORDERS** that Third-Party Defendants answer or otherwise respond to the Third-Party Complaint on or before **March 31, 2021**.

   **IT IS SO ORDERED**.

Dated: February 26, 2021

_____
HON. MICHAEL M. ANELLO
United States District Judge