UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LBF TRAVEL MANAGEMENT CORP., and Michael THOMAS,<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>Thomas DEROSA, et al.,<br><br>　　　　　　　　　　Defendants. | Case No.: 20-cv-2404-MMA-AGS<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE EARLY NEUTRAL EVALUATION, CASE MANAGEMENT CONFERENCE, AND OTHER CASE MANAGEMENT SCHEDULE DEADLINES (ECF 23)** |
| Thomas DEROSA,<br><br>　　　　　　　　　　Counter-Claimant,<br><br>v.<br><br>LBF TRAVEL MANAGEMENT CORP., et at.,<br><br>　　　　　　　　　　Counter-Defendants. | |

Good cause appearing, the Court **GRANTS** the parties' joint motion to continue certain dates in the Case Management Schedule (ECF 23). The new Case Management Schedule dates are below:

| Event | Deadline |
|---|---|
| Rule 26(f) Conference | April 7, 2021 |
| Rule 26 Initial Disclosures | April 21, 2021 |
| Joint Discovery Plan | May 3, 2021 |
| ENE Statements | May 3, 2021 |
| ENE and CMC | May 12, 2021, at 9:00 a.m. |

All other provisions of this Court's original ENE Order (ECF 15) remain in effect.

Dated: March 10, 2021

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Hon. Andrew G. Schopler
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1