# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LBF TRAVEL MANAGEMENT CORP. and MICHAEL THOMAS,<br><br>Plaintiffs,<br><br>v.<br><br>THOMAS DEROSA,<br><br>Defendant. | Case No.: 20-cv-2404-MMA (AGS)<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND DEADLINE TO ANSWER OR RESPOND TO AMENDED THIRD-PARTY COMPLAINT**<br><br>[Doc. No. 38] |
| THOMAS DEROSA,<br><br>Counter Claimant,<br><br>v.<br><br>LBF TRAVEL MANAGEMENT CORP. and MICHAEL THOMAS,<br><br>Counter Defendants. | |
| THOMAS DEROSA,<br><br>Third-party Plaintiff,<br><br>v.<br><br>LBF TRAVEL, INC.; LBF TRAVEL HOLDINGS, LLC; MONDEE HOLDINGS, LLC; MONDEE, INC.; and PRASAD GUNDUMOGULA<br><br>Third-party Defendants. | |

Defendant, Counterclaimant, and Third-Party Plaintiff, Thomas DeRosa ("DeRosa"), and Third-Party Defendants Mondee Holdings, LLC; Mondee, Inc.; Prasad Gundumogula; LBF Travel, Inc.; and LBF Travel Holdings, LLC (the "Third-Party Defendants") jointly move for an extension of time within which the Third-Party Defendants must answer or otherwise respond to DeRosa's Amended Third-Party Complaint.  *See* Doc. No. 38.  Good cause appearing, the Court **GRANTS** the parties' joint motion and **ORDERS** that Third-Party Defendants answer or otherwise respond to the Amended Third-Party Complaint on or before **August 27, 2021**.

    **IT IS SO ORDERED**.

Dated: August 6, 2021

                         Hon. Michael M. Anello
                         United States District Judge