UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LBF TRAVEL MANAGEMENT CORP., and Michael Thomas,<br><br>                      Plaintiffs,<br><br>v.<br><br>Thomas DEROSA,<br><br>                      Defendant. | Case No.:  20-cv-2404-MMA-AGS<br><br>**ORDER GRANTING JOINT MOTION TO AMEND (ECF 59) AND AMENDED SCHEDULING ORDER** |
| Thomas DEROSA,<br><br>                      Counter-Claimant,<br><br>v.<br><br>LBF TRAVEL MANAGEMENT CORP.; Michael Thomas; LBF Travel, Inc.; LBF Travel Holdings, LLC; Mondee Holdings, LLC; Mondee, Inc.; and Prasad Gundumogula,<br><br>                      Counter-Defendants. | |

The parties' joint motion to amend the scheduling order is **GRANTED**. The new scheduling order dates are as follows:

| Event | Deadline |
|---|---|
| Expert Witness Designations and Disclosures | July 8, 2022 |
| Rebuttal Expert Witness Designations and Disclosures | August 5, 2022 |
| Fact Discovery Completion | September 2, 2022 |
| Expert Discovery Completion | September 2, 2022 |
| MSC Statements | September 7, 2022 |
| Mandatory Settlement Conference | September 16, 2022, at 9:00 a.m. |
| Pretrial Motions | September 30, 2022 |

1

This order only modifies the dates in the original scheduling order (ECF 32); all other provisions remain in effect.

Dated: December 22, 2021

_____
Hon. Andrew G. Schopler
United States Magistrate Judge