# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LBF TRAVEL MANAGEMENT CORP. and MICHAEL THOMAS,<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>THOMAS DEROSA,<br><br>　　　　　　　　　　Defendant. | Case No.: 20-cv-2404-MMA (AGS)<br><br>**ORDER GRANTING JOINT MOTION FOR THIRD EXTENSION OF TIME TO FILE AMENDED THIRD-PARTY COMPLAINT**<br><br>[Doc. No. 66] |
| THOMAS DEROSA,<br><br>　　　　　　　　　　Counter Claimant,<br><br>v.<br><br>LBF TRAVEL MANAGEMENT CORP. and MICHAEL THOMAS,<br><br>　　　　　　　　　　Counter Defendants. | |
| THOMAS DEROSA,<br><br>　　　　　　　　　　Third-party Plaintiff,<br><br>v.<br><br>LBF TRAVEL, INC.; LBF TRAVEL HOLDINGS, LLC; MONDEE HOLDINGS, LLC; MONDEE, INC.; and PRASAD GUNDUMOGULA<br><br>　　　　　　　　　　Third-party Defendants. | |

1    On February 5, 2022, Defendant, Counter Claimant, and Third-party Plaintiff
2 Thomas DeRosa ("Third-party Plaintiff DeRosa"), and Third-party Defendants Mondee
3 Holdings, LLC; Mondee, Inc.; LBF Travel Holdings, LLC; LBF Travel, Inc.; and Prasad
4 Gundumogula filed a joint motion for a third extension of time for Third-party Plaintiff
5 DeRosa to file an amended third-party complaint. Doc. No. 66. Upon due consideration,
6 good cause appearing, the Court **GRANTS** the motion. Third-party Plaintiff DeRosa
7 must file a second amended third-party complaint, if any, on or before **March 9, 2022**.

   **IT IS SO ORDERED**.

Dated: February 7, 2022

_____
HON. MICHAEL M. ANELLO
United States District Judge