UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LBF TRAVEL MANAGEMENT CORP. and MICHAEL THOMAS,<br><br>                                    Plaintiffs,<br><br>v.<br><br>THOMAS DEROSA,<br><br>                                    Defendant. | Case No.:  20-cv-2404-MMA (AGS)<br><br>**ORDER GRANTING DEFENDANT'S COUNSEL'S MOTIONS TO WITHDRAW AS COUNSEL OF RECORD**<br><br>[Doc. Nos. 113, 114, 115, 116] |
| THOMAS DEROSA,<br><br>                                    Counter-Claimant,<br><br>v.<br><br>LBF TRAVEL MANAGEMENT CORP. and MICHAEL THOMAS,<br><br>                                    Counter-Defendants. | |
| THOMAS DEROSA,<br><br>                                    Third-Party Plaintiff,<br><br>v.<br><br>LBF TRAVEL, INC.; LBF TRAVEL HOLDINGS, LLC; MONDEE HOLDINGS, LLC; MONDEE, INC.; and PRASAD GUNDUMOGULA<br><br>                                    Third-Party Defendants. | |

On August 19, 2022, attorneys John J. Kucera, Mark L. Wright, Mark C. Mao, and Simon P. Leen filed separate motions to withdraw as counsel of record for Defendant, Counter-Claimant, and Third-Party Plaintiff Thomas DeRosa ("Defendant"). *See* Doc. Nos. 113, 114, 115, 116. The motions are unopposed to date. *See* Docket. The docket reflects that Defendant continues to be represented in this matter by other attorneys. *See id.* The Court **GRANTS** the motions and **DIRECTS** the Clerk of Court to terminate John J. Kucera, Mark L. Wright, Mark C. Mao, and Simon P. Leen as attorneys of record for Defendant.

**IT IS SO ORDERED**.

Dated: August 30, 2022

HON. MICHAEL M. ANELLO
United States District Judge