UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| LBF TRAVEL MANAGEMENT CORP. and Michael Thomas,<br><br>       Plaintiffs,<br><br>v.<br><br>Thomas DEROSA,<br><br>       Defendant. | Case No.: 20-cv-2404-MMA-AGS<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND EXPERT DISCOVERY DEADLINES (ECF 164) AND AMENDED SCHEDULING ORDER** |
|---|---|

The parties' joint motion to amend the scheduling order is **GRANTED**. The new dates are as follows, with changed dates in bold:

| Event | Deadline |
|---|---|
| Fact Discovery Completion | December 5, 2022 |
| Expert Witness Designations and Disclosures | **December 21, 2022** |
| MSC Statements | December 21, 2022 |
| Mandatory Settlement Conference | January 3, 2023, at 9:00 a.m. |
| Rebuttal Expert Witness Designations and Disclosures | **January 18, 2023** |
| Expert Discovery Completion | **January 26, 2023** |
| Pretrial Motions | February 6, 2023 |

This order modifies only the dates in the original scheduling order (ECF 32); all other provisions remain in effect.

Dated: October 11, 2022

_____
Hon. Andrew G. Schopler
United States Magistrate Judge