UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LBF TRAVEL MANAGEMENT CORP. and Michael Thomas,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>Thomas DEROSA,<br><br>　　　　　　　　　　　Defendant. | Case No.: 20-cv-2404-MMA-AGS<br><br>**ORDER GRANTING IN PART AND DENYING IN PART JOINT MOTION TO AMEND (ECF 183) AND AMENDED SCHEDULING ORDER** |

The parties' request to amend the scheduling order is **GRANTED IN PART** and **DENIED IN PART**. The new scheduling order dates are as follows:

| Event | Deadline |
|---|---|
| Fact Discovery Completion | January 13, 2023 |
| Expert Witness Designations and Disclosures | January 27, 2023 |
| MSC Statements | February 21, 2023 |
| Rebuttal Expert Witness Designations and Disclosures | February 27, 2023 |
| Mandatory Settlement Conference | March 1, 2023, at 9:00 a.m. |
| Expert Discovery Completion | March 22, 2023 |
| Pretrial Motions | March 29, 2023 |

This order modifies only the dates in the original scheduling order (ECF 32); all other provisions remain in effect.

Dated: November 28, 2022

　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　Hon. Andrew G. Schopler
　　　　　　　　　　　　　　　　　　United States Magistrate Judge